Montague v Reineger *et al.*

---

## MONTAGUE v. REINEGER *et al.*

1. PARTIES. Where the plaintiff in an action on a bill of exchange, which was payable to the order of the payee was not the payee, or an endorsee, it was held that an averment that he was the owner thereof, without shewing by what right he claimed the same, was insufficient to enable him to maintain such action.

*Appeal from Floyd District Court.*

TUESDAY, APRIL 16.

ACTION on an order drawn by Theodore Mix on A. L. Collins. Demurrer to petition overruled, and the defendants appeal.

*Reineger, Card & Reineger* for the appellants.

The draft is payable to the order of John B. Collins, and the copy set forth in the petition does not show any transfer from, or indorsement by, John B. Collins to plaintiff. It is

therefore *prima facie* the property of John B. Collins, and shows no right of action in plaintiffs. *Maynard* v. *Raymond*, 4 G. Greene 187.

*L. B. Starr* and *L. L. Ainsworth* for the appellee.

BALDWIN, J.—The demurrer to plaintiff's petition should have been sustained. The suit is upon the following instrument:

ST. CHARLES, IOWA, NOV. 1857.

Thirty days after date, pay to the order of John B. Collins one hundred and one 44-100 dollars to apply on the payment for plastering, value received, and charge to account of                                     THEODORE MIX.
To A. L. Collins, St. Charles, Iowa, Nov. 13.

Endorsed: "Accepted Jan. 13th, 1858, A. L. Collins agent for the St. Charles Masonic Hall Company."

The plaintiff does not allege in his petition that the instrument sued on was ever assigned to him, nor does it appear in what manner he became the owner thereof. The acceptance is not made payable to bearer and transferable by delivery alone; and the plaintiff by merely averring that he is the owner thereof, without showing by what right he claims the same, does not present such a state of facts as would enable him to maintain this action in his own name. *Mainer* v. *Reynolds*, 4 G. Greene 187; *McCarn & Scott* v. *Rivers*, 7 Iowa 404; *Andrews* v. *Brown*, 1 Ib. 154.

Reversed.